UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARFIELD HOWARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2684** |
| **WILLIAM HUNTER, SHERIFF, ET AL** | **SECTION "F" (5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's §1983 claims are **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this  19th  day of        July       , 200 6  .

_____
UNITED STATES DISTRICT JUDGE